WEBB, Respondent, v. LONG ISLAND MUT. FIRE INS. CO., Appellant. (Supreme

Court, Appellate Division, Third Department. January 11, 1899.) Action by Robert E. Webb against the Long Island Mutual Fire Insurance Company. No opinion. Judgment affirmed, with costs.

In re WEED. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) In the matter of the application of Chester A. Weed for admission to practice as an attorney and counselor at law in the courts of the state of New York. No opinion. Application granted.